# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ANDREW D. WETZEL

NO. 2025 KW 1362

**MAY 18, 2026**

---

In Re:    Andrew D. Wetzel, applying for supervisory writs, 22nd
          Judicial District Court, Parish of St. Tammany, Nos.
          1077-F-2021, 472552.

---

**BEFORE:    McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

**WRIT DENIED.** This court previously ordered the Clerk of Court
for the Nineteenth Judicial District Court to accept, file, and
act upon the motion at issue in this writ. See **State v. Wetzel**,
2026-0231 (La. App. 1st Cir. 5/8/26), 2026 WL 1298617
(unpublished).

**PMc**
**HG**
**TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
      FOR THE COURT